QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARCELO GARCIA-LARA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-458 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| MARCELO GARCIA-LARA, | ) | Date: April 26, 2005 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

This matter came before the Court for a Status Conference on April 5, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by Assistant United States Attorney Michelle Rodriguez, appearing for its counsel of record, Assistant United States Attorney Jason Hitt. The defendant Marcelo Garcia-Lara was present, represented by Assistant Federal Defender Jeffrey L. Staniels.

The parties agreed on the need for additional time to allow for

completion of on-going investigation of the circumstances surrounding certain of Mr. Garcia-Lara's alleged prior convictions.

IT IS ORDERED that this matter be continued to April 26, 2005 at 9:30 a.m. for a Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(iv) the period from April 5, 2005, to and including April 26, 2005, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: April 18, 2005        /s/ Lawrence K. Karlton
                             HONORABLE LAWRENCE K. KARLTON
                             Senior Judge
                             United States District Court