```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARCELO GARCIA-LARA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-458 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| MARCELO GARCIA-LARA, | ) | Date: May 10, 2005 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| _____ | ) | |

   This matter came before the Court for a Status Conference on April 26, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by Assistant United States Attorney Jason Hitt.  The defendant Marcelo Garcia-Lara was present, represented by Assistant Federal Defender Jeffrey L. Staniels.

   The parties agreed on the need for additional time to permit correction of a portion of the pre-plea presentence report and of

finalization of discussions regarding disposition of the case.

IT IS ORDERED that this matter be continued to May 10, 2005 at 9:30 a.m. for a Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(iv) the period from April 26, 2005, to and including May 10, 2005, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: April 27, 2005         /s/Lawrence K. Karlton
                              HONORABLE LAWRENCE K. KARLTON
                              Senior Judge
                              United States District Court

Order Excluding Time              2