1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Defendant
   MARCELO GARCIA-LARA
8

9

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14 UNITED STATES OF AMERICA,      ) No. 2:04-458 LKK
                                  )
15            Plaintiff,          )
                                  ) ORDER EXCLUDING TIME
16     v.                         )
                                  )
17 MARCELO GARCIA-LARA,           ) Date:  May 17, 2005
                                  ) Time:  9:30 a.m.
18            Defendant.          ) Judge: Hon. Lawrence K. Karlton
                                  )
19 _____)

20

21      This matter came before the Court for a Status Conference on May

22 10, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior

23 United States District Judge.  The government was represented by

24 Assistant United States Attorney Jason Hitt.  The defendant Marcelo

25 Garcia-Lara was present, represented by Assistant Federal Defender

26 Jeffrey L. Staniels.

27      The defendant's request for different counsel due to differences

28 that arose between him and the assigned Assistant Federal Defender was

1  granted.

2       IT IS ORDERED that this matter be continued to May 17, 2005 at
3  9:30 a.m. for a Status Conference.  The Federal Defender is directed to
4  arrange for CJA counsel to appear at that time.

5       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(A) &
6  (B)(iv)the period from May 10, 2005, to and including May 17, 2005, is
7  excluded from the time computations required by the Speedy Trial Act
8  due to ongoing preparation of counsel.

9

10 DATED: May 17, 2005                /s/Lawrence K. Karlton
                                      HONORABLE LAWRENCE K. KARLTON
11                                    Senior Judge
                                      United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Excluding Time              2