McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-04-0458 LKK |
| Plaintiff, ) | |
| ) | ORDER FOLLOWING STATUS |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| MARCELO GARCIA-LARA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came before the court for a status conference on May 17, 2005, at 9:30 A.M.  The United States was represented by Assistant U.S. Attorney Jason Hitt; the defendant was represented by appointed counsel Carl Larson, Esq.  The defendant was present in custody and utilized the services of a previously-sworn Spanish-language interpreter.

Mr. Larson indicated to the court that he needed additional time to become familiar with the case and consult with his client about a plea agreement that had been received in the case.  Mr. Hitt joined the defense counsel's request for additional time for further preparation of counsel.  The parties asked that the matter be set for a further status conference and that time be

1  excluded under the Speedy Trial Act from May 17, 2005, until the
2  time of the next status conference.
3       Based upon the representations by counsel and the
4  stipulation of the parties, the court ordered that a further
5  status conference be held on June 1, 2005, at 9:30 A.M. and time
6  be excluded time under those provisions of the Speedy Trial Act
7  relating to reasonable time to prepare.  18 U.S.C.
8  § 3161(h)(8)(B)(iv); Local Code T4.  The court directed
9  government counsel to prepare a formal order.
10      Therefore, **IT IS HEREBY ORDERED** that:
11      1.  Status Conference is set for June 1, 2005, at 9:30
12 A.M.;
13      2.  Based upon the above representations and stipulation of
14 the parties, the court finds that the ends of justice outweigh
15 the best interest of the public and the defendant in a speedy
16 trial.  Accordingly, time under the Speedy Trial Act shall be
17 excluded through June 1, 2005.
18
19      IT IS SO ORDERED.
20 Date: May 18, 2005
21                              /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
22                              SENIOR DISTRICT COURT JUDGE