UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         NO. CR. S-04-458 LKK

    Respondent,

  v.                            O R D E R

MARCELO GARCIA-LARA, aka
Marcelo Lara Garcia, aka
Marcelo Garcia,

    Movant.
_____/

    Movant has filed a motion pursuant to 28 U.S.C. § 2255.  The court must deny the motion.  The record reflects that movant waived rights of both appeal and collateral attack.

    The motion is DENIED.  The Clerk is directed to CLOSE the companion civil case, No. Civ. S-06-1320 LKK.

    IT IS SO ORDERED.

    DATED: June 20, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT